IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON R. KITTLES,

      Plaintiff,                    No. CIV S-05-1585 FCD DAD P

   vs.

ROBERT HARO, et al.,

      Defendants.         ORDER

/

      Plaintiff is a federal prisoner proceeding pro se with a civil action seeking relief pursuant to the Federal Tort Claims Act.[1] Plaintiff is presently confined in Marion, Illinois, and his complaint is captioned for filing in the United States District Court for the Southern District of Illinois. It does not appear that any of the defendants reside in Illinois.

      Plaintiff alleges that he was deliberately maimed by prison officials and was denied medical care in a prison in Atwater, California. Atwater is located in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b). A civil action which has not been commenced in the proper division of the United States District Court for the Eastern District of California may, on

---

[1] Plaintiff has not paid the $250.00 filing fee but has filed a document titled "Motion to Proceed Without Prepaying Fees Pursuant to Seamen's Suit[s] 28 Section 1916."

1

1 | the court's own motion, be transferred to the proper division of the court. <u>See</u> Local Rule 3-
2 | 120(d). Good cause appearing, this action will be transferred to the Fresno Division of the court.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1. This action is transferred to the United States District Court for the Eastern
5 | District of California sitting in Fresno; and
6 |     2. All future filings shall reference the new Fresno case number to be assigned by
7 | the Clerk of the Court and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721.

DATED: August 15, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
kitt1585.22